GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California
DEJAN M. GANTAR
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:     (408) 291-7753
Facsimile:       (408) 291-7399
Email:            Dejan_Gantar@fd.org

Counsel for Defendant LOPEZ-ALFARO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No.: 21-mj-70800 MAG |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE;  ORDER** |
| v. | |
| JOVANI LOPEZ-ALFARO, | |
| Defendant. | |

**STIPULATION**

Defendant Jovani Lopez-Alfaro, represented by AFPD Dejan M. Gantar, and the Government, represented by AUSA Neal Hong, respectfully request that the status conference currently scheduled for July 30, 2021 at 1:00 p.m. be continued on the magistrate duty calendar until September 24, 2021 at 1:00 p.m.

The parties make this request to give defense counsel the opportunity to review newly produced discovery, and for the Government to produce additional forthcoming discovery, both of which may bear on the potential disposition in this case.

STIPULATION AND  ORDER
*LOPEZ-ALFARO*, 21-MJ-70800 MAG

1

The parties further stipulate and agree that the time between July 30 and September 24, 2021 be excluded to allow for effective preparation of counsel, taking into account the exercise of due diligence, and that the ends of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial.  The parties further stipulate and agree that, given the need to investigate matters which may bear on the disposition in the case, good cause exists for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1(d), and defense counsel accordingly consents on behalf of the defendant to extending the time limit for the preliminary hearing.  The parties further stipulate and agree to an extension of time for the 30-day time period of an indictment under the Speedy Trial Act.

IT IS SO STIPULATED.

*The filing attorney certifies that he has received written authorization to file this Stipulation and [Proposed] Order on behalf of the non-filing attorney.

Dated:     July 28, 2021

GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California

_____/S/_____
DEJAN M. GANTAR
Assistant Federal Public Defender

Dated:     July 28, 2021

STEPHANIE M. HINDS
Acting United States Attorney
Northern District of California

_____/S/_____
NEAL HONG
Assistant United States Attorney

**ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the Court HEREBY ORDERS that the status conference currently scheduled for July 30, 2021 be continued until September 24, 2021. For good cause shown, the Court further finds that failing to exclude the time between July 30 and September 24, 2021 would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and that the ends of justice served by excluding that time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time between July 26, 2021 and September 27, 2021 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

The Court further finds good cause exists for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

**IT IS SO ORDERED.**

Dated:     July 28, 2021

_____
HON. SUSAN VAN KEULEN
United States Magistrate Judge